**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80170-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ARNOLDO NOEL VINDEL-TEJEDA,**

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 23]. On December 15, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 3] pursuant to a stipulated factual proffer [ECF No. 22]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Arnoldo Noel Vindel-Tejeda** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 25-80170-CR-CANNON

3. Defendant **Arnoldo Noel Vindel-Tejeda** is adjudicated guilty of Count 1 of the Indictment, which charges Defendant with Illegal Reentry After Removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 3].

**ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of February 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record